FILED
CLERK, U.S. DISTRICT COURT

MAY 10 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )     Case No.:  10-1085 M
                                )
                Plaintiff,      )
                                )
        vs.                     )     ORDER OF DETENTION AFTER HEARING
JUAN ARCILA - TRUJILLO          )      [Fed.R.Crim.P. 32.1(a)(6);
                                )       18 U.S.C. 3143(a)]
                                )
                Defendant.      )
_____ )

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Dist. of Arizona     for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (X   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on  charged w/ new criminal offense while on supervision; allegedly in u.s. illegally

1 _____

2 _____

3 _____

4    and/or

5  B.    ( )   The defendant has not met his/her burden of establishing by

6        clear and convincing evidence that he/she is not likely to pose

7        a danger to the safety of any other person or the community if

8        released under 18 U.S.C. § 3142(b) or (c).  This finding is based

9        on:_____

10       _____

11       _____

12       _____

13

14       IT THEREFORE IS ORDERED that the defendant be detained pending

15  the further revocation proceedings.

16

17  Dated:   ____5/10/10____

18

19                              _____

20                              UNITES STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28